**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TELECOM DECISION MAKERS, INC.**                                **PLAINTIFF**

v.                        **CASE NO. 4:09MC0004 BSM**

**ACCESS INTEGRATED NETWORKS, INC.,**
**and BIRCH COMMUNICATIONS, INC.**                           **DEFENDANTS**

In re: 3:08-CV-609-S
Western District of Kentucky

**ORDER**

Before the court is a motion to quash plaintiff's subpoena to testify or to produce documents [Doc. No. 11] that was filed by Navigator Telecommunications, LLC (Navigator), a third-party. After considering the facts underlying the motion and the arguments, the court finds that it would be unduly burdensome for Navigator to comply with the subpoena. Therefore, pursuant to Rule 45(c)(3)(iv) of the Federal Rules of Civil Procedure, the court grants Navigator's motion to quash subpoena.

IT IS SO ORDERED this 9th day of June, 2009.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE