UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TELECOM DECISION MAKERS, INC.**                                                          **PLAINTIFF**

v.                              CASE NO. 4:09mc0004 BSM

**ACCESS INTEGRATED NETWORKS, INC.**
**and BIRCH COMMUNICATIONS, INC.**                                                **DEFENDANTS**

In re: 3:08cv609-S
Western District of Kentucky

## ORDER

The parties jointly request the clarification of the May 5, 2011, order granting in part plaintiff's motion to compel. [Doc. No. 41]. The order states, in pertinent part:

> Telecom's motion to compel is granted as to request nos. 2, 4, 5, 6, 7, 11, 13 and 14, and denied as to request nos. 1, 3, 10 and 12. The motion is granted as to request nos. 8 and 9, but only for the years 2008, 2009 and 2010. As for request no. 15, Navigator shall produce the information requested only for the accounting periods associated with its settlement agreement with Bellsouth. Further, Telecom may view the documents requested, but will not be provided copies.

The parties disagree as to the interpretation of the sentence, "[f]urther, Telecom may view the documents requested, but will not be provided copies." To clarify, this instruction applies to all documents produced under the May 5, 2011, order. It is not limited to the Bellsouth Settlement Agreement.

IT IS SO ORDERED this 6th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE